UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN NULF, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>        Defendants. | Civil Action No.: 1:23-cv-10999-ADB |
| THOMAS CRONIN, SIERRA ALLEN and CHERE ADAMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>        Defendants. | Civil Action No.: 1:23-CV-11007-ADB |
| VALERIE PHARR, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>        Defendants. | Civil Action No.: 1:23-cv-11053-AK |

| | |
|---|---|
| ROBERTO CERDA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-cv-11088-AK |
| REBECCA SCIFO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-CV-11143-ADB |
| PAMELA SMITH, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>       Defendants. | Civil Action No.: 1:23-cv-11205-ADB |

**PLAINTIFFS' MOTION TO CONSOLIDATE CASES
AND APPOINT INTERIM CLASS COUNSEL**
**(REQUEST FOR ORAL ARGUMENT)**

Plaintiff Brian Nulf, Plaintiff in the related case *Nulf v. Alvaria, Inc., et al.*, Case No. 1:23-cv-10999-ADB, Plaintiffs Thomas Cronin, Sierra Allen, and Chere Adams, Plaintiffs in the related case *Cronin, et al. v. Alvaria, Inc., et al..*, Case No. 1-23-cv-11007-ADB, Plaintiff Valerie Pharr, Plaintiff in the related case *Pharr v. Alvaria, Inc., et al.*, Case No. 1:23-cv-11053-AK, Plaintiff Roberto Cerda, Plaintiff in the related case *Cerda, et al. v. Alvaria, Inc., et al.*, Case No.: 1:23-cv-11088-AK, Plaintiff Rebecca Scifo, Plaintiff in the related case, *Scifo v. Alvaria, Inc., et al.*, Case No.: 1:23-cv-11143-ADB, and Plaintiff Pamela Smith, Plaintiff in the related case, *Smith v. Alvaria, Inc., et al.*, Case No.: 1:23-cv-11205-ADB (collectively "Plaintiffs"), hereby move this Court to enter proposed Pretrial Order No. 1 consolidating the six above-captioned cases, four of which are pending before the same session of this Court, and two of which are pending before Judge Kelley, and appointing Brian D. Flick, Esq. of DannLaw, Mason A. Barney of Siri & Glimstad LLP, Brian C. Gudmundson of Zimmerman Reed LLP, and Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC as Interim Co-Lead Class Counsel ("**Proposed Interim Co-Lead Counsel**") and Mona Amini of Kazerouni Law Group, APC as liaison counsel, pursuant to Fed. R. Civ. P. 23(g).[1]

This Motion also seeks to stay all case deadlines in the cases proposed for consolidation during the pendency of this Motion, including deadlines for Defendants to respond to the respective complaints. Plaintiffs request that Defendants' response to the respective complaints be set as follows: if the Court grants the Motion to Consolidate, 30 days from the filing of a consolidated complaint; or if the Court denies the Motion to Consolidate, 30 days from the date of the Court's order of denial.

---

[1] A copy of Proposed Pretrial Order No. 1 is annexed hereto as **Exhibit A**.

3

Plaintiffs' Counsel has met and conferred with counsel for Defendant Alvaria, Inc. ("Alvaria") and counsel for Defendant Carrington Mortgage Services, LLC ("Carrington", together with Alvaria, the "Defendants") prior to the filing of this Motion. Both Defendants, through counsel, have indicated they support the consolidation of these actions and do not take a position with respect to the Proposed Interim Class Counsel.

As discussed in detail in the accompanying Memorandum: (a) these related cases (the "Class Actions") involve common parties and similar issues of law and fact: (b) the putative class representatives in each of the Class Actions seek to represent similar classes of persons (collectively referred to herein as the "Class") who utilized the services of Carrington and whose personally identifiable information ("PII") was provided to Carrington and maintained by Carrington and Alvaria; (c) Plaintiffs and the proposed Class were similarly impacted by the data security incident that is the subject of the Class Actions; and (d) the Class Actions arise out of similar circumstances, thus making consolidation appropriate under Fed. R. Civ. P. 42(a) and Local Rule 40.1(j).

In addition, Proposed Interim Class Counsel satisfy the elements of Fed. R. Civ. P. 23(g) and are well-suited to lead the prosecution of this litigation on behalf of Plaintiffs and the proposed Class, because, among other reasons, they have spent a significant amount of time and effort investigating, researching, and litigating the cases, are most familiar with the issues, and intend to pursue a strategy that works best for the interests of the putative Class that Plaintiffs seek to represent.

Proposed Interim Class Counsel focus their practices on, and have extensive experience in, complex class action litigation including data breach litigation—*i.e.*, the types of claims and allegations at issue in the Class Actions. Further, these firms have the resources to effectively

and efficiently pursue this action and have already committed sufficient resources to this litigation. Proposed Interim Class Counsel will work together and with other plaintiffs' counsel to litigate this matter to a successful conclusion.

This Motion is supported by the contemporaneously filed Memorandum and the Declarations of Mason A. Barney and Mona Amini.

WHEREFORE, Plaintiffs respectfully request that the Court enter the proposed Pretrial Order No. 1, consolidating the Class Actions and appointing Brian D. Flick, Esq. Mason A. Barney, Brian C. Gudmundson, and Gary Klinger as Interim Co-Lead Class Counsel and Mona Amini as liaison counsel, pursuant to Fed. R. Civ. P. 23(g).

### LOCAL RULE 7.1(a)(2) CERTIFICATION

Undersigned counsel hereby certified that they have conferred with both counsel for Defendant Alvaria, Inc. and counsel for Defendant Carrington Mortgage Services, LLC in a good faith effort to resolve or narrow the issues raised by this Motion with the following results: Counsel for Defendant Alvaria, Inc. has indicated that Alvaria supports consolidation of these matters and takes no position as to the the appointment of interim class counsel.  Counsel for Defendant Carrington Mortgage Services, LLC has indicated that Carrington also supports consolidation of these matters and takes no position as to the appointment of interim class counsel.

Dated: June 28, 2023                                  Respectfully submitted,

/s/Brian D. Flick, Esq.
Brian D. Flick (OH 0081605)
*Admitted Pro Hac Vice*
DannLaw
15000 Madison Ave.
Lakewood, OH 44107
Phone: (513) 645-3488
Fax: (216) 373-0536

Email: notices@dannlaw.com

David Pastor, BBO #391000
**PASTOR LAW OFFICE, PC**
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Email: dpastor@pastorlawoffice.com

*Counsel for Plaintiff Brian Nulf and the Putative Class*[2]

Christina Xenides, Esq.
**SIRI & GLIMSTAD LLP**
1005 Congress Avenue, Suite 925-C36
Austin, TX 78701
Tel: (512) 265-5622
Email: cxenides@sirillp.com

Mason A. Barney (*pro hac vice* to be filed)
Tyler J. Bean (*pro hac vice* to be filed)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Email: mbarney@sirillp.com
Email: tbean@sirillp.com

*Counsel for Plaintiffs Thomas Cronin, Sierra Allen, and Chere Adams and the Putative Class*

Randi Kassan
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
Email: rkassan@milberg.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
Email: gklinger@milberg.com

---

[2] Pastor Law Office, PC is also counsel for Plaintiffs Rebecca Scifo and Pamela Smith.

6

*Counsel for Plaintiff Valerie Pharr and the Putative Class*

M. Anderson Berry*
Email:  aberry@justice4you.com
Gregory Hartoutunian*
Email:  gharoutunian@justice4you.com
Brandon P. Jack
Email: bjack@justice4you.com
**CLAYEO C. ARNOLD A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829

*Counsel for Plaintiffs Valerie Pharr and Robert Cerda and the Putative Class*

Brian C. Gudmundson
(*Pro hac vice* forthcoming)
Michael J. Laird
(*Pro hac vice* forthcoming)
Rachel K. Tack
(*Pro hac vice* forthcoming)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
Email:  brian.gudmundson@zimmreed.com
Email:  michael.laird@zimmreed.com
Email:  rachel.tack@zimmreed.com

Abbas Kazerounian
(*Pro hac vice* forthcoming)
Mona Amini
(*Pro hac vice* forthcoming)
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808 Ext: 2
Facsimile: 800-520-5523
Email:  ak@kazlg.com

7

Email: mona@kazlg.com

*Counsel for Plaintiff Rebecca Scifo and the Putative Class*

Christopher D. Jennings*
Tyler B. Ewigleben*
**THE JOHNSON FIRM**
610 President Clinton Ave., Suite 300
Little Rock, AR 72201
Tel: (501) 372-1300
Email: chris@yourattorney.com
Email: tyler@yourattorney.com

*Counsel for Plaintiff Pamela Smith and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: June 28, 2023                /s/Brian D. Flick, Esq.
                                    Brian D. Flick (OH 0081605)
                                    DannLaw
                                    *Co-counsel for Plaintiff Brian Nulf and the Putative Class*