**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rebecca Scifo, Brian Nulf, Pamela Smith, Sierra Allen, Thomas Cronin, Tennerson Collins, and Otilia Collins, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>  v.<br><br>Alvaria, Inc. and Carrington Mortgage Services, LLC.<br><br>                Defendants. | Case No. 1:23-cv-10999-ADB |

**PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY GARY M. KLINGER**

Pursuant to Local Rule 83.5.3 of the Local Rules of Civil Procedure of the United States District Court for the District of Massachusetts, Randi Kassan, a member of the bar of this Court, hereby moves that Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC, 227 W. Monroe Street, Suite 2100, Chicago, IL 60606, be granted leave to appear *pro hac vice* before this Court as counsel to Plaintiff Valerie Pharr in the above-captioned matter. In support thereof, Randi Kassan respectfully submits as follows:

    1.    I am an attorney in good standing and authorized to practice law in the Commonwealth of Massachusetts and am an attorney with the law firm of Milberg Coleman Bryson Phillips Grossman PLLC, counsel for Plaintiff. I submit this declaration in support of Plaintiff's Motion for Leave for Gary M. Klinger to Appear *Pro Hac Vice*.

    2.    Gary M. Klinger is an attorney in good standing and is not under suspension or disbarment by any court (See attached Certification of Gary M. Klinger attached hereto as Exhibit A).

3. Gary M. Klinger is a member in good standing of the Bar of the State of Illinois. He is also admitted to, and a member in good standing of the following courts:

| Court: | Date of Admission: |
| --- | --- |
| State Bar of Illinois | 11/4/2010 |
| U.S. District Court for the District of Colorado | 9/23/2019 |
| U.S. District Court for the Central District of Illinois | 7/2015 |
| U.S. District Court for the Northern District of Illinois | 5/25/2012 |
| U.S. District Court for the Southern District of Illinois | 12/30/2020 |
| U.S. District Court for the Northern District of Indiana | 1/30/2020 |
| U.S. District Court for the Southern District of Indiana | 3/21/2019 |
| U.S. District Court for the Eastern District of Michigan | 3/24/2020 |
| U.S. District Court for the Western District of Michigan | 1/17/2023 |
| U.S. District Court for the District of Nebraska | 8/20/2019 |
| U.S. District Court for the Northern District of Ohio | 5/23/2023 |
| U.S. District Court for the Eastern District of Texas | 10/11/2019 |
| U.S. District Court for the Eastern District of Wisconsin | 8/12/2021 |
| U.S. Court of Appeals for the 2nd Circuit | 4/18/2022 |

4. Gary M. Klinger has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests this Court to admit Gary M. Klinger to appear and practice in this action *pro hac vice* as counsel for Plaintiff Valerie Pharr.

Dated: August 23, 2023

Respectfully submitted,

PLAINTIFF VALERIE PHARR,
By her attorney,

*/s/ Randi A. Kassan*
Randi A. Kassan
Milberg Coleman Bryson Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(212) 594-5300
Email: rkassan@milberg.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that counsel for Plaintiff contacted counsel for Defendants regarding the foregoing motion and that Defendants' counsel assented to the request sought by this motion.

*/s/ Randi A. Kassan*
Randi A. Kassan

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2023, a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the above date.

*/s/ Randi A. Kassan*
Randi A. Kassan
