UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Rebecca Scifo, Brian Nulf, Pamela Smith, Sierra Allen, Thomas Cronin, Tennerson Collins, and Otilia Collins, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Alvaria, Inc. & Carrington Mortgage Services, LLC,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-10999-ADB<br><br>*Oral Argument Requested*<br><br>Leave To File Excess Pages Granted On October 10, 2023, ECF No. 35 |

### JOINT MOTION TO DISMISS BY ALVARIA, INC. AND CARRINGTON MORTGAGE SERVICES, LLC

Alvaria, Inc. ("Alvaria") and Carrington Mortgage Services, LLC ("Carrington") hereby respectfully move this Court to dismiss the Consolidated Class Action Complaint ("Complaint") filed by Rebecca Scifo, Brian Nulf, Pamela Smith, Sierra Allen, Thomas Cronin, Tennerson Collins, Otilia Collins, and others similarly situated ("Plaintiffs") under Rules 12(b)(1) and 12(b)(6).

Alvaria and Carrington experienced a ransomware attack in March of 2023. Alvaria and Carrington notified their customers shortly thereafter, and offered twenty-four months of credit monitoring and identity restoration services. Plaintiffs filed the Complaint, despite the fact that Plaintiffs' allegedly disclosed information was already available in the public record and is not otherwise legally protected.

Plaintiffs' claims are without merit and should be dismissed. Plaintiffs fail to establish Article III standing because they have not alleged that their public personal information has been misused or that they have been the victim of actual or attempted identity theft or fraud. *See* Fed.

R. Civ. P. 12(b)(1). Even if Plaintiffs had properly alleged standing, Plaintiffs fail to state any claim upon which relief could be granted. *See* Fed. R. Civ. P. 12(b)(6). Plaintiffs' negligence claims are barred by the economic loss doctrine, and, alternatively, because no legal duty exists to protect non-sensitive public information. Plaintiffs' negligence *per se* claims fail because negligence *per se* is not an independent cause of action. Plaintiffs' breach of contract claims fail because no contract, implied or otherwise, existed between the parties, and even if a contract did exist, Plaintiffs fail to adequately allege the required elements of those contracts. Plaintiffs' third-party beneficiary claims fail because Alvaria's contract with Carrington did not intend Plaintiffs to be beneficiaries. Plaintiffs' fiduciary duty claims fail because no fiduciary relationship existed between the parties, as is typical between debtors and their creditor or mortgage servicer. Plaintiffs' unjust enrichment claims fail because Alvaria and Carrington received no benefit from being the victims of a ransomware attack. Plaintiffs fail to state claim for declaratory or injunctive relief because no remedial action is available here. Plaintiffs fail to state claims under various California statutes because Plaintiffs have no injuries recognized by those statutes nor is their already-public information protected by those statutes. Finally, Plaintiffs' 93A claims fail because Alvaria and Carrington did not engage in any misrepresentations, omissions, or unfair and deceptive practices pertaining to the data breach incident.

      In further support of their motion, Alvaria and Carrington rely upon the memorandum of law and accompanying exhibits. For these reasons, as set forth more fully in the accompanying memorandum of law, Alvaria and Carrington respectfully request that this Court dismiss the Complaint in its entirety and with prejudice, as any amendment would be futile.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants Alvaria and Carrington request oral argument on their motion to dismiss.

Dated: October 13, 2023

Respectfully submitted,

ALVARIA, INC. &
CARRINGTON MORTGAGE
SERVICES, LLC

By their attorneys,

*/s/ Christopher M. Iaquinto*
Christopher M. Iaquinto (BBO # 685718)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel.:  (617) 305-2092
Fax.: (617) 878-1542
christopher.iaquinto@hklaw.com

*/s/ Shardul S. Desai*
Shardul S. Desai (*admitted pro hac vice*)
HOLLAND & KNIGHT LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
Tel.:  (202) 469-5210
Fax.: (202) 955-5564
Shardul.desai@hklaw.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      I, Christopher M. Iaquinto, hereby certify that, by email on October 13, 2023, I conferred with Plaintiffs' counsel, who would not assent to the relief sought in this motion.

                                                        */s/ Christopher M. Iaquinto*
                                                        Christopher M. Iaquinto