UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRIAN NULF, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                      Defendants. | Civil Action No.: 1:23-cv-10999-ADB |
| THOMAS CRONIN, SIERRA ALLEN and CHERE ADAMS, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                      Defendants. | Civil Action No.: 1:23-CV-11007-ADB |
| VALERIE PHARR, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>                      Defendants. | Civil Action No.: 1:23-cv-11053-AK |

| | |
|---|---|
| ROBERTO CERDA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-cv-11088-AK |
| REBECCA SCIFO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-CV-11143-ADB |
| PAMELA SMITH, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>ALVARIA, INC. and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>      Defendants. | Civil Action No.: 1:23-cv-11205-ADB |

## **ORDER OF DISMISSAL**

Burroughs, D. J.

    Pursuant to the court's Memorandum and Order [Doc. No. 51] granting Defendants' Joint Motion to Dismiss [Doc. No. 38], Plaintiffs' Amended Complaint [Doc. No. 29] is dismissed. This case and each of the consolidated cases, are CLOSED.

    IT IS SO ORDERED.

                                        By the Court,

9/20/2024                                                    /s/ Caetlin McManus
   Date                                                             Deputy Clerk